PEOPLE V RONALD WEBB, No. 104587. Reported at 458 Mich 265.

MORALES V AUTO-OWNERS INSURANCE COMPANY, No. 107351. Reported at 458 Mich 288.
WEAVER and TAYLOR, JJ. We would grant rehearing.

*Rehearings Denied September 11, 1998:*

ST LUKE'S HOSPITAL V GIERTZ, No. 107884. Reported at 458 Mich 448.

MORLEY V AUTOMOBILE CLUB OF MICHIGAN, Nos. 107661, 107662. Reported at 458 Mich 459.
CAVANAGH and KELLY, JJ. We would grant rehearing.